```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

**DENNIS STRUTTON, et al.,**         )
                                     )
                 **Plaintiffs,**     )
                                     )
         **vs.**                     )    No. 4:04CV616-DJS
                                     )
**ALAN BLAKE, et al.,**              )
                                     )
                 **Defendants.**     )

## ORDER

Now before the Court is plaintiffs' motion for injunction. Plaintiffs, civilly committed residents at the Missouri Sexual Offender Treatment Center ("MSOTC"), seek injunctive relief requiring defendants to allow plaintiffs physical access to each other, access to a word processor, possession of legal materials, and other relief. The Court will deny plaintiffs' motion as plaintiffs have failed to demonstrate that they are entitled to injunctive relief under the factors enumerated in Dataphase Systems, Inc. v. C.L. Systems, Inc., 640 F.2d 109, 114 (8th Cir. 1981). To the extent plaintiffs seek relief to assist in the prosecution of this matter, it is unclear under what authority the Court could grant such relief. Finally, the injunctive relief sought by plaintiffs addresses matters beyond the scope of the pleadings.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for injunction [Doc. #64] is denied.

Dated this   10th    day of May, 2005.

                                                        /s/Donald J. Stohr
                                                        UNITED STATES DISTRICT JUDGE