```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF MISSOURI
                              EASTERN DIVISION


DENNIS STRUTTON, JAMES PURK,        )
TROY SPENCER, MICHAEL GODDARD,      )
JAMIN SHAFER, TONY AMONETTE,        )
JOSEPH JOHNSON, TIM NELSON,         )
TIM DAILY, ROBERT LIEURANCE, and    )
CARL McDONALD,                      )
                                    )
          Plaintiffs,               )
                                    )
     vs.                            )    No. 4:04CV616-DJS
                                    )
ALAN BLAKE, and                     )
JOHN and JANE DOE(S),               )
                                    )
          Defendants.               )
```

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the claims of plaintiffs Purk, Shafer, and Lieurance that defendant Blake denied plaintiffs access to the courts, denied plaintiffs proper medical care, and housed SVPs and those not yet determined to be SVPs together are dismissed.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Blake and against plaintiffs Purk, Shafer, and Lieurance on plaintiffs' claims that defendant Blake denied plaintiffs adequate exercise, denied plaintiffs the right to work, denied plaintiffs meaningful treatment which would allow plaintiffs to be "cured," housed plaintiffs in confinement

conditions worse than those provided to prisoners, and denied plaintiffs internet access.

Dated this   14th    day of February, 2006.

                                         /s/Donald J. Stohr                
                                         UNITED STATES DISTRICT JUDGE